The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RITO ORONIA-ARELLANO, <br><br> Defendant. | NO. CR20-087 RSM <br><br> **ORDER** |

THE COURT has considered the stipulated motion to proceed with guilty plea by video hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the parties' motion, and that a guilty plea by video hearing may take place as soon as practical, because further delays in this case would cause serious harm to the interests of justice," *see* General Order No. 04-20, for the reasons set forth in the parties' stipulation.

THE COURT ORDERS that the parties may proceed with a plea hearing by video conference, consistent with current procedures established by this Court, and directs the

//
//
//

United States v. Oronia-Arellano, CR20-087 RSM - 1
Order Authorizing Plea by Video

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

parties to consult with one another and the Court to schedule such a hearing at a mutually acceptable date and time.

DATED this 8th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LENNARD NAHAJSKI
Attorney for Rito Oronia-Arellano

/s/ Lyndsie R. Schmalz
LYNDSIE R. SCHMALZ
Assistant United States Attorney

United States v. Oronia-Arellano, CR20-087 RSM - 2
Order Authorizing Plea by Video

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970